LAURA A. STOLL (SBN 255023)
*LStoll@goodwinlaw.com*
HONG-AN VU (SBN 266268)
*HVu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
ALCLEAR, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEREDITH MEAD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALCLEAR, LLC and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-07480<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Three Embarcadero Center, San Francisco, California 94111.

On **August 18, 2020**, I caused to be served the following documents on the persons below:

**DEFENDANT ALCLEAR, LLC'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**DEFENDANT ALCLEAR, LLC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

| | |
|---|---|
| JAMES HAWKINS APLC | *Attorneys for Plaintiff Meredith Mead* |
| James R. Hawkins, Esq. | james@jameshawkinsaplc.com |
| Isandra Fernandez, Esq. | isandra@jameshawkinsaplc.com |
| 9880 Research Drive, Suite 200 | Telephone: (949) 387-7200 |
| Irvine, CA 92618 | Facsimile: (949) 387-6676 |

The documents were served by the following means:

x   (E-MAIL or ELECTRONIC TRANSMISSION) By electronic service. Based upon a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 18, 2020**, at San Francisco, California.


\_\_\_\_Bethannie Tamargo\_\_\_\_          \_\_\_\_/s/ Bethannie Tamargo\_\_\_\_
(Type or print name)                              (Signature)